# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## SOUTHERN District of Florida

Case Number: 0:24-CV-61645-AHS

Plaintiff: **GARY BRECKA, an individua**
vs.
Defendant: **THE INDIVIDUALS, ENTITIES, and UNINCORPORATED ASSOCIATIONS D/B/A GOT HYDRO WATER BOTTLE**

For:
GEOFFREY LOTTENBERG, ESQ.
BERGER SINGERMAN LLP
350 EAST LAS OLAS BLVD
#1000
FT LAUDERDALE, FL 33301

Received by LEGAL PROCESS SERVICE & INVESTIGATIONS, LLC on the 12th day of September, 2024 at 12:30 pm to be served on **GOT HYDRO WATER BOTTLE, 1942 Broadway Street, #314C, BOULDER, CO 80302**.

I, DAVID OWEN, do hereby affirm that on the **13th day of September, 2024** at **10:10 am, I:**

**EFFECTED CORPORATE SERVICE** by delivering a true copy of the **SUMMONS AND VERIFIED COMPLAINT WITH EXHIBITS; PLAINTIFF'S APPLICATION FOR ENTRY OF TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** with my initials; identification number (if applicable); the date and hour of service endorsed thereon by me to: **ELIZABETH HERNANDEZ** as **INTAKE CLERK FOR COLORADO REGISTERED AGENTS** for **GOT HYDRO WATER BOTTLE**, at the address of: **1942 Broadway Street, #314C, BOULDER, CO 80302**, and informed said person of the contents therein, in compliance with State Statutes

I certify that I am over the age of 18, have no interest in the above action, and am authorized to effect civil process in the jurisdiction where process was made.  Under penalty of perjury, I declare the facts contained herein are true and correct.

*David Owen*
**DAVID OWEN**
Process Server

**LEGAL PROCESS SERVICE & INVESTIGATIONS, LLC**
8724 SW 72nd Street
#402
Miami, FL 33173
(305) 412-1178

Our Job Serial Number: LIM-2024003645

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a