# EXHIBIT 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CV-61645-AHS

**GARY BRECKA**, an individual,

          Plaintiff,

v.

**THE INDIVIDUALS, ENTITIES,** and
**UNINCORPORATED ASSOCIATIONS
D/B/A GOT HYDRO WATER BOTTLE**,

          Defendants.

_____/

## DECLARATION OF GARY BRECKA

Pursuant to 28 U.S.C. § 1746, Gary Brecka provides this Declaration and states:

1. I am over the age of 18.

2. I live in Miami-Dade County, Florida.

3. All information contained in this Declaration is based upon my personal knowledge.

4. In connection with my business ventures, I partner with a select group of producers whose products I know meet a high standard of quality and efficacy, and whose vision and ideals align with my own.

5. Each partnership is unique, and my fee structure varies based on the facts and circumstances of the respective deal.

6. As a general matter, I typically negotiate a commission of sales, as well as equity, for the use of my name, image, and likeness to endorse a product.

7. Alternatively, I typically charge a flat rate of $100,000.00 as an "appearance fee"

for speaking engagements and the associated use of my name, image, and likeness.

8. In addition to the $100,000.00 lump sum, my appearance fee also necessarily includes other indirect compensation, such as travel, lodging, food, and recreation.

9. I have a current partnership with Echo Hydrogen Water, which includes the sale of the Echo Go+™ (the "Bottle"), a hydrogen water bottle product.

10. The Bottle infuses water with up to nine times the level of therapeutic hydrogen, helping to counter inflammation, combat aging, supporting muscle recovery, and encouraging energy and mental sharpness.

11. The current retail price of the Bottle is $249.99.

12. Pursuant to my partnership with Echo, I receive a portion of all Bottle sales.

13. By contrast, the "GotHydroWater" bottle currently retails for $49.99.

## 28 U.S.C. § 1746 Declaration

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on October 23, 2024.

By: *Gary Brecka*
Gary Brecka

13319710-2