UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-61645-CIV-SINGHAL/STRAUSS

GARY BRECKA,

    Plaintiff,

v.

THE INDIVIDUALS, ENTITIES, and
UNINCORPORATED ASSOCIATIONS d/b/a GOT
HYDRO WATER BOTTLE,

    Defendants.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS CAUSE** has come before the Court on Plaintiff Gary Brecka's ("Plaintiff" or "Brecka") Motion for Contempt (the "Motion") (DE [16]), filed on November 18, 2024. Defendants did not respond to the Motion, let alone appear in this action.

Plaintiff's Motion was referred to Magistrate Judge Jared M. Strauss for Report and Recommendation ("R&R"). *See* (DE [20]). Judge Strauss issued an R&R (DE [27]) on April 1, 2025, recommending that Plaintiff's Motion for Contempt be denied as moot and that an amended final judgment be entered in favor of Plaintiff and against Defendants.

The Court had previously considered Plaintiff's Motion for Final Default Judgment (DE [15]), granting that motion as to liability but denying it with respect to damages. *See* (DE [17]). Judge Strauss held an evidentiary hearing on Plaintiff's alleged damages sought on February 28, 2025. *See* (DE [22]). The Court has reviewed the record and

has made a *de novo* review of the issues. Further, no objections to Judge Strauss's R&R were filed by the April 15, 2025 deadline.

Accordingly, it is hereby:

**ORDERED AND ADJUDGED** that Magistrate Judge Jared M. Strauss's Report and Recommendation (DE [27]) is **APPROVED AND ADOPTED**. Plaintiff's Motion for Contempt (DE [16]) is **DENIED as MOOT**, and the Court will enter a final judgment in favor of Plaintiff and against Defendants, pursuant to Fed. R. Civ. P. Rule 58(a). The Clerk is directed to **CLOSE** this case. Any pending motions are **DENIED AS MOOT**, and all deadlines or hearings are **TERMINATED.**

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 17th day of April 2025.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF