UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-61645-CIV-SINGHAL/STRAUSS

GARY BRECKA,

    Plaintiff,

v.

THE INDIVIDUALS, ENTITIES, and
UNINCORPORATED ASSOCIATIONS d/b/a GOT
HYDRO WATER BOTTLE,

    Defendants.
_____/

## **FINAL JUDGMENT**

**THIS CAUSE** comes before the Court following the Court's Order Adopting Magistrate Judge's Report and Recommendation (DE [28]). In accordance with Federal Rule of Civil Procedure 58(a), the Court enters this separate final judgment.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that:

1. Defendants, Hien Nguyen a/k/a Van Hien Nguyen, and 3Team USA, LLC, shall pay, jointly and severally, to Plaintiff **$16,000,000.00** in damages under 15 U.S.C. § 1117(a), representing double the amount of profits Defendants received for sales of the "GotHydroWater" bottle using Plaintiff's name, image, and likeness without authorization.

2. As this is an exceptional case within the meaning 15 U.S.C. § 1117(a), Defendants shall pay to Plaintiff **$15,526.50** in attorneys' fees.

3. Defendants, Hien Nguyen a/k/a Van Hien Nguyen, 3Team USA, LLC, any and all agents or representatives of Defendants, and any and all others acting in concert or participation with Defendants, are hereby immediately, forever, and permanently

enjoined from (a) advertising, promoting, offering for sale, or providing in any manner any goods or services in connection with or bearing the name, image, or likeness of Plaintiff; (b) representing or suggesting in any fashion to any third party that Defendants' goods or services are affiliated with, sponsored by, or otherwise connected with Plaintiff; (c) doing any other acts calculated or likely to cause confusion or mistake in the mind of the public or to lead consumers into the belief that Defendants' products are authorized, sponsored, licensed, endorsed, promoted, or condoned by Plaintiff, or are otherwise affiliated with or connected to Plaintiff; and (d) otherwise competing unfairly with Plaintiff or violating Plaintiff's right of publicity.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 17th day of April 2025.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF